No. 167. Rubert Hermanos *v.* López et al.—Appeal from

the District Court of San Juan. Motion to dismiss appeal. Decided October 8, 1907. Appeal dismissed on account of failure to comply with the provisions of section 54 of the Rules of the Supreme Court. *Mr. Alvarez Nava* for petitioner. *Mr. López Landrón* for respondent.

